JANUARY 13, 1986

No. 85-749. MICHELLE MARIE W., A MINOR BY AND THROUGH HER GUARDIAN AD LITEM, WILLIAMS, ET AL. *v.* RILEY ET AL. Appeal from Sup. Ct. Cal. dismissed for want of substantial federal question. JUSTICE WHITE and JUSTICE STEVENS would note probable jurisdiction and set case for oral argument.

No. 85-773. ATLANTIC RICHFIELD CO. ET AL. *v.* ALASKA ET AL. Appeal from Sup. Ct. Alaska dismissed for want of substantial federal question. THE CHIEF JUSTICE, JUSTICE WHITE, and JUSTICE STEVENS would note probable jurisdiction and set case for oral argument. JUSTICE POWELL took no part in the consideration or decision of this case.

No. 85-787. DAVES *v.* STATE BAR OF TEXAS. Appeal from Ct. App. Tex., 7th Sup. Jud. Dist. dismissed for want of substantial federal question.

No. 85-5455. GARCIA, AKA TRAVALINO *v.* DIXON ET AL. Appeal from C. A. 9th Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 85-5853. ROYSE *v.* UNITED STATES ET AL. Appeal from D. C. W. D. Wash. dismissed for want of jurisdiction.

No. — – ——. RAMIREZ *v.* CALIFORNIA. Motion to permit petitioner to proceed *in forma pauperis* without submitting an affidavit of indigency denied.

No. A-436. DIAZ *v.* UNITED STATES. Application for release on bail pending trial, addressed to JUSTICE BRENNAN and referred to the Court, denied.

No. A-453 (85-5989). HORAN *v.* UNITED STATES. C. A. 3d Cir. Application for stay, addressed to JUSTICE MARSHALL and referred to the Court, denied.